CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 1 6 2015

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal Action No. 3:14CR00016 |
| v. | ) | |
| | ) | **ORDER** |
| DANIEL LAMONT MATHIS, | ) | |
| SHANTAI MONIQUE SHELTON, | ) | By: Hon. Glen E. Conrad |
| MERSADIES LACHELLE SHELTON, | ) | Chief United States District Judge |
| KWELI UHURU, | ) | |
| HALISI UHURU, and | ) | |
| ANTHONY DARNELL STOKES, | ) | |
| | ) | |
| Defendants. | ) | |

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED

that the joint motion to dismiss the indictment filed by Daniel Mathis and Kweli Uhuru

is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to all counsel of record.

ENTER: This _16th_ day of September, 2015.

_____
Chief United States District Judge