
CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

JAN 25 2016

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Action No. 3:14CR00016 |
| v. ) | |
| ) | **ORDER** |
| DANIEL LAMONT MATHIS, ) | |
| SHANTAI MONIQUE SHELTON, ) | By: Hon. Glen E. Conrad |
| MERSADIES LACHELLE SHELTON, ) | Chief United States District Judge |
| KWELI UHURU, ) | |
| HALISI UHURU, and ) | |
| ANTHONY DARNELL STOKES, ) | |
| ) | |
| Defendants. ) | |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the motions to dismiss various counts of the superseding indictment filed by Daniel Mathis, Shantai Shelton, Mersadies Shelton, and Kweli Uhuru (Docket Nos. 619, 620, 625, and 626) are **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 25th day of January, 2016.

/s/ Glen E. Conrad
Chief United States District Judge